**UNITED STATES DISTRICT COURT**
Western District of Kentucky
Owensboro Division

| | |
|---|---|
| Kimberly Askins<br>    *Plaintiff*<br><br>v.<br><br>Equifax Information Services, LLC<br>    *Defendant*<br>Serve:<br>    Corporation Service Company<br>    421 West Main Street<br>    Frankfort, KY 40601 | Case No.  4:19-CV-105-JHM |

# COMPLAINT and DEMAND FOR JURY TRIAL

### INTRODUCTION

1. This is an action by Plaintiff Kimberly Askins as a consumer against Defendant Equifax Information Services, LLC ("Equifax") for Equifax's violations of the Fair Credit Practices Act ("FCRA"), 15 U.S.C. § 1681 *et seq.* which was enacted to assure the accuracy and integrity of the consumer credit reports.

### JURISDICTION and VENUE

2. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 and the FCRA 15 U.S.C. §1681p. Venue is proper as the nucleus of relevant facts and events at issue in this case arose in Henderson County, Kentucky where Plaintiff resides and which is located in this district.

### PARTIES

3. Plaintiff Kimberly Askins is a natural person who resides in Henderson County, Kentucky and a "consumer" within the meaning of the FCRA as defined at 15 U.S.C. § 1681a(c).

4. Defendant Equifax Information Services, LLC is a foreign limited liability company with its principal place of business located at 1550 Peachtree Street NW, Atlanta, GA 30309 registered to do business with Kentucky Secretary of State. Equifax is a "consumer reporting agency" within the meaning of the FCRA.

## STATEMENT OF FACTS

5.   Plaintiff Kimberly Askins ("Askins") regularly monitors her credit reports through the Credit Karma website[1] in order to improve her credit and to guard against identity theft.

6.   Ms. Askins recently reviewed her credit report prepared by Defendant Equifax Information Services, LLC ("Equifax") published by Credit Karma and discovered that Mariner Finance, LLC had made a "hard credit" inquiry for her Equifax credit report on April 4, 2018.

7.   The FCRA does not expressly create a distinction between "hard" and "soft" credit inquiries but there is a distinction that flows directly from the FCRA by 15 U.S.C. § 1681b(c)(3) which provides that "a consumer reporting agency shall not furnish to any person a record of inquiries in connection with a credit or insurance transaction that is not initiated by a consumer."

8.   Under 15 U.S.C. § 1681b(c)(3) a consumer reporting agency like Equifax may only publish credit reports about a consumer like Ms. Askins that includes a record of third-party requests for her credit report if and only if those third-party requests were made in connection with a credit or insurance transaction initiated by the consumer.

9.   Consumer reporting agencies classify every user's request to see a consumer report as either a "hard" or "soft" credit inquiry, depending on the type of inquiry made by the requesting party.

10.   As explained on the Credit Karma website, which is run by Trans Union:

> There are two kinds of inquiries that can occur on your credit report: hard inquiries and soft inquiries. While both types of credit inquiries enable a third party, such as you or a lender, to view your credit report, only a hard inquiry can negatively affect your credit score.
>
> **What is a Hard Inquiry?**
>
> Hard inquiries occur when a financial institution, such as a lender or credit card issuer, checks your credit report when making a lending decision. For example, hard inquiries commonly take place when a consumer applies for a loan, credit card, or mortgage. **You typically have to authorize a hard inquiry**. Most important to note, **hard inquiries will lower your credit score by a few points and remain on your credit report for two years**. As time passes, the damage to your credit score will decrease until the hard

---

[1] www.creditkarma.com (last accessed August 21, 2019).

inquiry falls off your credit report.

**What is a Soft Inquiry?**

Soft inquiries occur when a person or company checks your credit report as a background check, such as when a potential employer checks your credit, when you are "pre-approved" for credit card offers, and when you check your own credit score. **A soft inquiry can occur without your permission.** Soft inquiries may be recorded in your credit report, depending on the credit bureau**, but they won't affect your credit score in any way.**

https://www.creditkarma.com/article/hard_inquiries_and_soft_inquiries (visited July 26, 2013) (bolding added).

11. As explained on Equifax's website:

**What is a hard inquiry?**

When a lender or company makes a request to review your credit report as part of the loan application process, that request is recorded on your credit report as a hard inquiry, and it usually will impact your credit score. This is different from a soft inquiry, which can result when you check your own credit or when a promotional credit card offer is generated. Soft inquiries typically do not impact your credit score.

**Hard inquiries serve as a timeline of when you have applied for new credit** and may stay on your report for up to 24 months. Depending on your unique credit history, they could indicate different things to different lenders.

**Recent hard inquiries on your credit report tells a lender that you are currently shopping for new credit**. This may be meaningful to a potential lender when assessing your creditworthiness.[2]

https://blog.equifax.com/credit/understanding-hard-inquiries-on-your-credit-report (visited March 4, 2017) (bolding and underling added).

12. And is explained on the myfico.com[3] website,

---

[2] https://blog.equifax.com/credit/understanding-hard-inquiries-on-your-credit-report (visited March 4, 2017) (bolding and underling added).

[3] "myFICO is the consumer division of FICO. Since its introduction 20 years ago, the FICO®

Credit inquiries are requests by a "legitimate business" to check your credit.

As far as your FICO® score is concerned, credit inquiries are classified as either "hard inquiries" or "soft inquiries"–**only hard inquiries have an affect on your FICO score.**

Soft inquiries are all credit inquiries where your credit is NOT being reviewed by a prospective lender. These include inquiries where you're checking your own credit (such as checking your score in myFICO), credit checks made by businesses to offer you goods or services (such as promotional offers by credit card companies), or inquiries made by businesses with whom you already have a credit account.

**Hard inquiries are inquiries where a potential lender is reviewing your credit because you've applied for credit with them**. These include credit checks when you've applied for an auto loan, mortgage or credit card.... **A FICO score takes into account only *voluntary* inquiries that result from your application for credit.** The information about inquiries that can be factored into your FICO score includes:

- Number of recently opened accounts, and proportion of accounts that are recently opened, by type of account.

- Number of recent credit inquiries.

- Time since recent account opening(s), by type of account.

- Time since credit inquiry(ies).

- **A FICO score does not take into account any involuntary inquiries made by businesses with whom you did not apply for credit**, inquiries from employers, or your own requests to see your credit report

www.myfico.com/crediteducation/questions/inquiry-credit-score.aspx (visited July 26, 2013) (bolding and emphasis added).

---

Score has become a global standard for measuring credit risk in the banking, mortgage, credit card, auto and retail industries. **90 of the top 100 largest U.S. financial institutions use the FICO Score to make consumer credit decisions**." http://www.myfico.com/Guest_Home.aspx (visited July 27, 2013) (emphasis added).

13. Whether a consumer reporting agency or FICO categorizes a credit inquiry as "hard" or "soft" depends directly on the user of the report and whether the user classifies its request as a voluntary or involuntary request and whether the request was made in connection with a credit transaction initiated by the consumer.

14. Mariner Finance, LLC's inquiry for Ms. Askins' consumer credit report on April 4, 2018 was involuntary since Ms. Askins did not initiate a credit transaction with Mariner Finance, LLC by applying for credit with Mariner Finance, LLC on or about April 4, 2018.

15. After April 4, 2018 Equifax published credit reports to its users and third-party subscribers that included a record of Mariner Finance, LLC's request for Ms. Askins' credit report on April 4, 2018.

16. The erroneous hard credit inquiry on Ms. Askins' credit reports published by Equifax damaged Ms. Askins in the form of a lowered credit score, loss of credit, having to pay more for credit, emotional upset and anxiety.

17. Equifax violated the FCRA by publishing credit reports to its users and third-party subscribers that included a record of Mariner Finance, LLC's requests for Ms. Askins' credit report on April 4, 2018.

## CLAIMS FOR RELIEF

18. The foregoing actions and omissions of Defendant Equifax Information Services, LLC ("Equifax") constitute violations of the FCRA by Equifax publishing after April 4, 2018 credit reports concerning Ms. Askins to its third-party users and subscribers that included a record of Mariner Finance, LLC's requests made on April 4, 2018 for Ms. Askins' Equifax credit report.

19. Ms. Askins did not initiate a credit transaction with Mariner Finance, LLC on April 4, 2018.

20. Equifax violated 15 U.S.C. § 1681e(b) by failing to establish and/or to follow reasonable procedures to assure maximum possible accuracy in the preparation of consumer reports it published to its subscribers and users of its consumer reports concerning Ms. Askins by publishing credit reports about Ms. Askins that included a record of Mariner's request made on April 4, 2018 for Ms. Askins' credit report.

21. Equifax violated 15 U.S.C. § 1681b(c)(3) by publishing to its subscribers and users credit reports about Ms. Askins that included a record of Mariner Finance, LLC's request made on April 4, 2018 for Ms. Askins' credit report.

22.     Equifax's conduct, actions and inactions were willful rendering Equifax liable under 15 U.S.C. § 1681n for Plaintiffs actual damages, statutory damages, punitive damages, attorney's fees and costs.

23.     Alternatively, Equifax's conduct, actions and inactions were negligent rendering Equifax liable under 15 U.S.C. § 1681o for Plaintiff's actual damages, attorney's fees and costs.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Kimberly Askins request that the Court grant her the following relief:

1.      Award Plaintiff maximum statutory damages under the FCRA;

2.      Award Plaintiff actual damages;

3.      Award Plaintiff punitive damages against under the FCRA;

4.      Award Plaintiff reasonable attorney's fees and costs;

5.      A trial by jury; and

6.      Such other relief as may be just and proper.

Submitted by:

/s/ James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel:    (502) 371-2179
Fax:    (502) 257-7309
jmckenzie@jmckenzielaw.com

James Hays Lawson
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel:    (502) 473-6525
Fax:    (502) 473-6561
james@kyconsumerlaw.com