# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky
Owensboro Division

| | | |
|---|---|---|
| Kimberly Askins<br>*Plaintiff* | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No.  4:19-cv-00105-JHM-HBB |
| | ) | |
| Equifax Information Services, LLC<br>*Defendant* | ) | |
| | ) | |
| | ) | |

## ORDER DISMISSING WITH PREJUDICE AS TO
## DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

Plaintiff Kimberly Askins and Defendant Equifax Information Services, LLC, having

jointly stipulated that this case be dismissed with prejudice as to all claims against Equifax

Information Services, LLC as evidenced by the signatures of counsel for the parties, and the

court being sufficiently advised:

**IT IS THEREFORE ORDERED** that Plaintiff Kimberly Askins's claims against

Defendant Equifax Information Services, LLC in this action are **DISMISSED WITH**

**PREJUDICE**, with each party to bear its own costs, expenses, and attorney's fees except as

otherwise agreed.

*Joseph H. McKinley*

Joseph H. McKinley Jr., Senior Judge
United States District Court

December 19, 2019

APPROVED BY:

| | |
|---|---|
| /s/ James R. McKenzie | /s/ John M. Williams (by permission) |
| James R. McKenzie | John M. Williams |
| *James R. McKenzie Attorney, PLLC* | *Williams Kilpatrick, PLLC* |
| 115 S. Sherrin Avenue, Suite 5 | 3151 Beaumont Centre Circle, Suite 375 |
| Louisville, KY 40207 | Lexington, KY 40513 |
| Tel:    (502) 371-2179 | Tel:    (859) 245-1059 |
| Fax:    (502) 257-7309 | Fax:    (859) 245-1231 |
| jmckenzie@jmckenzielaw.com | williams@wktlaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| *Kimberly Askins* | *Equifax Information Services, LLC* |

/s/ James H. Lawson (by permission)
James H. Lawson
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel:    (502) 473-6525
Fax:    (502) 473-6561
james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Kimberly Askins*